# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 11, 2010

No. 09-20168

Lyle W. Cayce
Clerk

ESOTERICK, INC; DENNIS THOMPSON; JUDITH THOMPSON,

Plaintiffs - Appellants

v.

JP MORGAN CHASE BANK NATIONAL ASSOCIATION,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CV-2824

Before JONES, Chief Judge, and JOLLY and GARZA, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered the briefs and oral arguments of the parties, and have done so, finds no reversible error of law or fact and affirms on the basis of the district court opinion.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.